PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

EMIL C. POKORNY and IDA B. POKORNY, his wife, and ALMA B. MOSES, a *feme sole, Appellants,* v. AARON H. HURFF, *Appellee.*

Division B.

Decision filed February 8, 1930.

Petition for rehearing denied February 27, 1930.

*Knight, Pace & Holt,* for Appellants;

*W. F. Brown, Roy S. Wood* and *Reeves Bowen,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its

296

judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

STATE OF FLORIDA, ex rel. J. W. JORDAN, *Relator*, v. H. B. PATTISHALL, R. P. TAYLOR, W. A. DEAN, C. J. CARRABELLO and D. E. SHEEHAN, FLORIDA STATE BOARD OF DENTAL EXAMINERS, *Respondents*.

Division B.

Opinion filed February 8, 1930.

